B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court

NORTHERN _____ District of ILLINOIS _____

In re: Kemmerer, Charles _____
Debtor(s)

Case No. 09-559

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the
bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED. Debtor's income makes him ineligible for a
waiver.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75 on or before 2/1/09

$ 74.75 on or before 3/1/09

$ 74.75 on or before 4/1/09

$ 74.75 on or before 5/1/09

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
on _____ at _____ am/pm at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 1/12/09
12 JAN 2009

BY THE COURT:

United States Bankruptcy Judge